# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00379-CV

---

**Phillip G. "Baby Shark" Scott, Appellant**

**v.**

**Aaron Seymour, Judge Daniel Mills, and Judge Andrew Leonie, Appellees**

---

**FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**NO. CR2023-382, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

After appellant Phillip G. "Baby Shark" Scott filed what he described as an interlocutory appeal, this Court's clerk sent Scott a letter asking for a response explaining the basis for the Court's jurisdiction over this appeal. The letter warned that, if Scott did not respond within ten days with an adequate explanation of the basis on which this Court could exercise of jurisdiction, this appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3.

As a general rule, only final judgments are appealable, and interlocutory orders are not. *GJP, Inc. v. Ghosh*, 251 S.W.3d 854, 867 (Tex. App.—Austin 2008, no pet.); *see Texas A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 841 (Tex. 2007). This Court has jurisdiction over a limited number of interlocutory appeals in civil matters. *See*, *e.g.* Tex. Civ. Prac. & Rem. Code § 51.014. A party in a criminal case may appeal only from judgments of conviction or interlocutory orders authorized by statute. *Mack v. State*, 549 S.W.3d 746, 747 (Tex. App.—Waco 2017, pet. ref'd); *see also* Tex. Code Crim. Proc. art. 44.02; Tex. R. App. P. 25.2. Scott

complains of actions by a lawyer he says is representing him in a separate case but not this one and asserts that the trial judge must recuse himself, but has not demonstrated that the trial court has taken any action or made any order that gives us jurisdiction over an interlocutory appeal.

More than ten days have passed since this Court asked Scott to explain the basis for this Court to exercise jurisdiction over any issue he raised in this interlocutory appeal. We find no basis on which to exercise jurisdiction over this appeal.

We dismiss this appeal. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Jurisdiction

Filed: July 26, 2023

2